# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### UNITED STATES COURTHOUSE
### 111 NORTH ADAMS STREET
### TALLAHASSEE, FLORIDA 32301-7717

**ROBERT L. HINKLE**
**DISTRICT JUDGE**

May 14, 2004

*SELF INITIATED AMENDMENT*

Honorable Mary M. Lisi, Chair
Administrative Office of the United States Courts
Committee on Financial Disclosure
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Dear Judge Lisi:

Enclosed please find the original and th[            ]l
Disclosure Report for calendar year 2003.

In part VII, line 38, the report lists whole life insurance with Phoenix Home Life. This is an asset listed in this report that was not listed in the report for calendar year 2002. The asset was omitted from the 2002 report (and each of my prior reports) in error; I was not aware that whole life insurance was properly listed on such reports as an asset. I learned that in the course of preparing this year's report.

Please treat my 1996 initial disclosure report, and my calendar year reports for each year through 2002, as amended to add the same Phoenix Home Life whole life insurance. For each year, the income code is D. For 2002, the value code is N. For reports prior to 2002, the value code is M. If I need to take any further steps to effect the amendment of those reports, please let me know.

Thank you for your assistance.

Sincerely,



Robert L. Hinkle

| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hinkle, Robert L | U.S. District Court, N.D. Fla. | 05/14/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ○ Nomination, Date <br> ○ Initial　●　Annual　○ Final | 01/01/2003 <br> to <br> 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 111 N. Adams Street <br> Tallahassee, Florida 32301 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | FCH Partners |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 19 12 47 PM '04
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | ~ | 05/14/2004 |
| Hinkle, Robert L | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Capital City Bank | A | Interest | L | T | | | | | |
| 2. Berkshire Hathaway | | None | O | T | | | | | |
| 3. Ceturgy, Inc. | A | Dividend | J | T | | | | | |
| 4. ChoicePoint, Inc. | | None | K | T | | | | | |
| 5. Commercial Net Lease Realty, Inc. (NNN) | D | Dividend | M | T | | | | | |
| 6. Crawford & Company Class B | A | Dividend | J | T | | | | | |
| 7. Equifax, Inc. | A | Dividend | J | T | | | | | |
| 8. Flagler Holdings, Inc. | C | Dividend | M | U | | | | | |
| 9. International Flavors and Fragrances, Inc. | A | Dividend | J | T | | | | | |
| 10. Jefferson Pilot Corporation | A | Dividend | J | T | | | | | |
| 11. Kimberly-Clark Corporation | A | Dividend | J | T | | | | | |
| 12. Mellon Bank Corp. | A | Dividend | K | T | | | | | |
| 13. Parker Drilling Company (PKD) | | None | J | T | | | | | |
| 14. Phoenix Companies | A | Dividend | J | T | | | | | |
| 15. Southern Company | A | Dividend | J | T | | | | | |
| 16. US Bancorp | B | Dividend | K | T | | | | | |
| 17. WM Wrigley Jr. Co. | A | Dividend | K | T | | | | | |
| 18. FCH Partners (partner; assets also listed separately) | B | Rent | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Townhouse (owned by FCH) (estimated fair market value) | B | Rent | | | Sold | 12/30 | K | D | |
| 20. Regional Inv. LTD partnership unit (owned by FCH) | | | | | Dissolved | 6/30 | J | | |
| 21. Bank of America (FCH) | A | Interest | K | T | | | | | |
| 22. IRA (assets also listed separately) | E | Dividend | O | T | | | | | |
| 23. Certificate Accrual Treasury Securities Series U (in IRA) | | None | | | Redeemed | 8/15 | J | A | |
| 24. Commercial Net Lease Realty, Inc. (REIT) (held in IRA) | D | Dividend | L | T | | | | | |
| 25. Certegy, Inc. (held in IRA) | A | Dividend | K | T | | | | | |
| 26. Diamonds Trust Series 1 (held in IRA) | B | Dividend | L | T | | | | | |
| 27. Equifax Inc. (held in IRA) | A | Dividend | K | T | | | | | |
| 28. Midcap SPDR TR SER 1 (held in IRA) | A | Dividend | L | T | | | | | |
| 29. CD Banco Popular (held in IRA) | B | Interest | | | Redeemed | 4/25 | K | | |
| 30. IRA 2 (asset also listed separately) | A | Dividend | K | T | | | | | |
| 31. AMCAP FUND (held in IRA 2) | A | Dividend | K | T | | | | | |
| 32. Merrill Lynch Cash/Money Fund | B | Interest | M | T | | | | | |
| 33. Merrill Lynch Cash/Money Fund (held in IRA) | B | Dividend | M | T | | | | | |
| 34. St. Johns County Florida W&S matures 6/1/10 | B | Interest | L | T | | | | | |
| 35. Standard & Poor Deposit Receipts (held in IRA) | D | Dividend | N | T | | | | | |
| 36. Supervalu, Inc. | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5.001-$15,000    E = $15.001-$50.000
   F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 3

Name of Person Reporting

Hinkle, Robert L

Date of Report

05/14/2004

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. BB'T Corporation | | None | L | T | | | | | |
| 38. Phoenix Home Life (life insurance) | D | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50.000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Whole life insurance (part VII line 38) was omitted from prior reports in error

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____      Date_____5/14/04_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544